IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-02984-CNS-KAS | Date: January 22, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ZZAP WELLNESS LLC<br>**Plaintiff** | *Matthew Athey* |
| v. | |
| AMERICAN BANKERS INSURANCE<br>COMPANY OF FLORIDA<br>**Defendant** | *Andrew Wise*<br>*Terence Ridley* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:56 a.m.

Appearance of counsel. Also present at the plaintiff's table is William Prioleau.

Argument as to [12] Motion to Dismiss given by Mr. Athey and Mr. Wise with questions from the Court.

As outlined on the record, it is

**ORDERED:** [12] **Motion to Dismiss is DENIED without prejudice.**

**Limited discovery is to be conducted on the existence of another policy.**

**Parties are to contact Magistrate Judge Starnella for a scheduling conference.**

Discussion held on filing a Motion to Amend.

Court in Recess: 11:23 a.m.        Hearing concluded.        Total time in Court: 00:27